UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EL TORRO INVESTMENTS, LLC AND REYNALDO UBALLE,<br><br>        Plaintiffs,<br><br>vs.<br><br>APRIL LIEBERMAN,<br><br>        Defendant. | CIVIL ACTION FILE NO.<br><br>1:21-cv-04679-MHC |

## <u>NOTICE OF ENTRY OF APPEARANCE</u>

COMES NOW, Clifford E. Hardwick IV, who enters his appearance as Counsel of Record for the Plaintiffs, EL TORRO INVESTMENTS, LLC AND REYNALDO UBALLE.

The Court and all parties are respectfully requested to direct all notices, pleadings and communications regarding this matter to counsel as follows:

Clifford E. Hardwick IV
**Law Offices of Clifford E. Hardwick IV**
2860 East Point St.
2nd Floor
East Point, Georgia 30344
(404) 276-2486 (Phone)
cliffhardwickiv@gmail.com

This 25th day of July 2023.                    Respectfully submitted,

                                        /s/ *Clifford E. Hardwick, IV*
                                        Clifford E. Hardwick, IV
                                        Georgia Bar No. 325662
                                        Attorney for Plaintiffs El Toro Investments, LLC and Reynaldo Uballe

[1]

**Law Offices of Clifford E. Hardwick IV**
2860 East Point St.
2nd Floor
East Point, Georgia 30344
(404) 276-2486 (Phone)
cliffhardwickiv@gmail.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served Defendant pro se with a true and correct copy of the foregoing *NOTICE OF ENTRY OF APPEARANCE* by depositing the same in the United States Postal Service with adequate postage thereon to the following addresses and/or via Statutory Electronic Service:

April Lieberman
Defendant Pro Se
208 W. Maple Street
Dresden, TN 38225
(731) 333-2920
Aprillieberman@gmail.com

This 25th day of July 2023           Respectfully submitted,

/s/ *Clifford E. Hardwick, IV*
Clifford E. Hardwick, IV
Georgia Bar No. 325662
Attorney for Plaintiffs El Toro
Investments, LLC and Reynaldo
Uballe

**Law Offices of Clifford E. Hardwick IV**
2860 East Point St.
2nd Floor
East Point, Georgia 30344
(404) 276-2486 (Phone)
cliffhardwickiv@gmail.com

[ 3 ]